MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:    (702) 258-6662
mingleby@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
GEORGE STEWART

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRUDENCE ELIZABETH FALCONER, individually; SHANICE FALCONER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE STEWART, individually; GILBERTO PARRA, individually, RASIER, LLC, a domestic limited liability company; and DOES 1 THROUGH 10; ROE ENTITIES 11 THROUGH 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01578-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiffs Prudence Elizabeth Falconer and Shanice Falconer by and through their attorneys of record, Alison M. Brasier, Esq. and Nicole C. Bolick, Esq. of Hicks & Brasier, PLLC, Defendant George Stewart by and through his attorneys of record, Melissa Ingleby, Esq., and Deleela M. Weinerman, Esq. of Bremer, Whyte, Brown & O'Meara, LLP, Defendant Gilberto Parra by and through his attorneys of record, Randy Aoyama, Esq. and Jeffrey H. Ballin, Esq. of Quintairos, Prieto, Wood & Boyer, PA, and Defendant Rasier, LLC by and through its attorneys of record, Kurt R. Bonds, Esq. and David M. Sexton, Esq. of Hall & Evans hereby request this Honorable Court

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1552.488  4929-4429-0438.1

to adopt and approve this stipulated extension to the discovery plan and continue the discovery deadlines for 90-days as requested herein.

## I.    LOCAL RULE IA 6-1 IS SATISFIED

This is the first request for extension of discovery deadlines filed by the parties. Pursuant to the Scheduling Order from October 20, 2025, the following dates govern for purposes of discovery:

1.  Discovery Cutoff Date:                        April 30, 2026
2.  Amendment of Pleading and Parties:            January 30, 2026
3.  Initial Expert Disclosure:                    March 2, 2026
4.  Rebuttal Expert Disclosure:                   April 1, 2026
5.  Dispositive Motions:                          June 1, 2026
6.  Joint Pre-Trial Order:                        July 1, 2026

Based on initial HIPAA authorizations, Defendant Stewart has sent out requests for records to Plaintiffs treatment facilities. However, throughout the discovery process, Defendant Stewart became aware of additional records that would be necessary for him to obtain for Prudence. As such, Steward requested additional HIPAA authorizations which were provided at the end of November. Defendant Stewart is still pending records from a number of facilities and needs the records prior to the initial expert disclosure deadline. As such the parties need additional time to conduct discovery. Moreover, additional time is required after the records are obtained to retain experts, complete depositions and to conduct any further discovery including but not limited to subpoena, and written discovery. Accordingly, the parties are requesting a 90-day extension to the discovery deadlines.

The instant request comports with Local Rule IA 6-1, in that no request is being made after the expiration of the specified period.

## II.    LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. Additionally, good cause exists for the extension as follows: While

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1552.488  4929-4429-0438.1

Defendant Stewart has been diligently seeking Plaintiffs records from the facilities, throughout the discovery process, Defendant Stewart became aware of additional records that would be necessary for him to obtain for Prudence. As such, Steward requested additional HIPAA authorizations which were provided at the end of November. Defendant Stewart is still pending records from a number of facilities and needs the records prior to the initial expert disclosure deadline. As such the parties need additional time to conduct discovery. Moreover, additional time is required after the records are obtained to retain experts, complete depositions and to conduct any further discovery including but not limited to subpoena, and written discovery. Accordingly, the parties are requesting a 90-day extension to the discovery deadlines.

Listed below is a statement specifying the discovery completed in this case:

Plaintiffs' Initial Disclosures                October 28, 2025

Defendant Stewart's Initial Disclosures        October 29, 2025

The parties are requesting an additional 90-days be afforded for discovery. The following deadlines are requested.

1. Discovery Cutoff Date:               July 29, 2026
2. Amendment of Pleading and Parties:   April 30, 2026
3. Initial Expert Disclosure:           June 1, 2026
4. Rebuttal Expert Disclosure:          July 1, 2026
5. Dispositive Motions:                 August 28, 2026
6. Joint Pre-Trial Order:               September 28, 2026

///
///
///
///
///
///
///

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

3

1552.488  4929-4429-0438.1

The parties hereby stipulate to the proposed changes in the discovery deadlines.

DATED this 21st day of January 2026

**BREMER WHYTE BROWN & O'MEARA LLP**

/s/ Melissa Ingleby
Melissa Ingleby, Esq.
Nevada State Bar No. 12935
Deleela M. Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*George Stewart*

DATED this 21st day of January 2026

**QUINTAIROS, PRIETO, WOOD & BOYER, PA**

/s/ Jeffrey H. Ballin
Randy Aoyama, Esq.
Nevada State Bar No. 16793
Jeffrey H. Ballin, Esq.
Nevada State Bar No. 4913
*Attorneys for Defendant,*
*Gilberto Parra*

DATED this 12th day of January 2026

**HICKS & BRASIER, PLLC**

/s/ Nicole C. Bolick
Alison M. Brasier, Esq.
Nevada State Bar No. 10522
Nicole C. Bolick, Esq.
Nevada State Bar No. 15015
*Attorneys for Plaintiffs*

DATED this 8th day of January 2026

**HALL & EVANS**

/s/ David M. Sexton
Kurt R. Bonds, Esq.
Nevada State Bar No. 6228
David M. Sexton, Esq.
Nevada State Bar No. 14951
*Attorneys for Defendant*
Rasier, LLC

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: January 21, 2026

///
///
///
///
///
///
///
///
///
///
///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

4

1552.488  4929-4429-0438.1