**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
RACHEL L. SHELSTAD, SB #13399
Rachel.Shelstad@qpwblaw.com
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
Telephone: 702.751-3003
Facsimile: 702.751-3004
*Attorneys for Defendant*
*Gilberto Parra*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| PRUDENCE ELIZABETH FALCONER, individually; SHANICE FALCONER, individually, | CASE NO. 2:25-CV-01578-RFB-EJY |
| Plaintiffs, | **SUBSTITUTION OF ATTORNEY** |
| v. | |
| GEORGE STEWART, individually; GILBERTO PARRA, individually; RASIER, LLC, a foreign limited liability company; and DOES 1 THROUGH 10; ROE ENTITIES 11 THROUGH 20, inclusive, | |
| Defendants. | |

Pursuant to LR 11-6, it is hereby stipulated by and between the undersigned counsels that RACHEL L. SHELSTAD of the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 2370 Corporate Circle, Suite 160, Henderson, Nevada 89074; Telephone 702.751.3003, as attorney of record in place and stead of Jeffrey H. Ballin, Esq., formally of Quintairos, Prieto, Wood &

*III*

*III*

*III*

*III*

*III*

*III*

*III*



1

Boyer, P.A., now of GORDON REES SCULLY MANSUKHANI in the above-entitled matter and as Designated Resident Nevada Counsel in this matter for GILBERTO PARRA.

DATED this 6th day of April, 2026.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

/s/ Rachel L. Shelstad, Esq.

RACHEL L. SHELSTAD, ESQ.
2370 Corporate Circle, Suite 160
Henderson, Nevada 89074
*Attorneys for Defendant*
*Gilberto Parra*



2

## CONSENT TO SUBSTITUTION

GILBERTO PARRA, Defendant in the above-entitled matter, consents to the substitution of Rachel L. Shelstad, Esq., of the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. as his counsel of record in place and instead of Jeffrey H. Ballin, Esq., of the law firm of GORDON REES SCULLY MANSUKHANI as his attorneys of record.

DATED 21st day of April, 2026.

*Gilberto Arturo Parra*
Print Name: Gilberto Parra



3

## <u>CONSENT TO SUBSTITUTION</u>

Jeffrey H. Ballin, Esq. of the law firm GORDON REES SCULLY MANSUKHANI, hereby agrees and consents to the substitution of Rachel L. Shelstad, Esq. of the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A. as the attorneys of record for Defendant Gilberto Parra in this matter.

DATED 13ᵗʰ day of April, 2026.

GORDON REES SCULLY MANSUKHANI

Jeffrey H. Ballin, Esq.
Nevada Bar No. 4913
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED:  April 30, 2026


QPWB
ATTORNEYS

4